FILED
CLERK, U.S. DISTRICT COURT

APR - 9 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>Steve Marquez,<br><br>　　　　　Defendant. | Case No. 2:17-CR-392-R-2<br><br>ORDER OF DETENTION AFTER HEARING<br>(Fed.R.Crim.P. 32.1(a)(6)<br>18 U.S.C. § 3143(a)<br>Allegations of Violations of<br>Probation/Supervised Release<br>Conditions) |

　　　On arrest warrant issued by the United States District Court for the ___CDCA___ involving alleged violations of conditions of probation/supervised release:

　　　1.　The court finds that no condition or combination of conditions will reasonably assure:

　　　　　A.　(✓) the appearance of defendant as required; and/or

　　　　　B.　(✓) the safety of any person or the community.

///
///
///
///
///
///

| | |
|---|---|
| 1 | 2. The Court concludes: |
| 2 |    A. (✓) Defendant has failed to demonstrate by clear and |
| 3 |         convincing evidence that he is not likely to pose |
| 4 |         a risk to the safety of any other persons or the |
| 5 |         community. Defendant poses a risk to the safety |
| 6 |         of other persons or the community based on: |
| 7 | _____ |
| 8 | _____ |
| 9 | _____ |
| 10 | _____ |
| 11 | _____ |
| 12 |    B. (✓) Defendant has failed to demonstrate by clear and |
| 13 |         convincing evidence that he is not likely to flee |
| 14 |         if released. Defendant poses a flight risk based |
| 15 |         on: _____ |
| 16 | _____ |
| 17 | _____ |
| 18 | _____ |
| 19 | _____ |
| 20 | |
| 21 | IT IS ORDERED that defendant be detained. |
| 22 | |
| 23 | DATED: 4/9/19 |
| 24 | |
| 25 | _____ |
| | HONORABLE JACQUELINE CHOOLJIAN |
| | United States Magistrate Judge |